THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Edward Leon
 Bates, III, Appellant.
 
 
 

Appeal from Richland County
 Reginald I. Lloyd, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-601
 Submitted October 1, 2008  Filed October
28, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliot, and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Bates was convicted of armed robbery, and sentenced to life without parole.  On appeal, Batess counsel
 argues the court erred in sentencing Bates to life without parole because the
 sentencing statute, as applied to Bates, violates the constitutional
 prohibition against cruel and unusual punishment.  Bates also filed a pro se brief.  After a
 thorough review of the record and briefs pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.